WILSON et al. v. UNITED STATES. (Circuit Court of Appeals, Fifth Circuit. March 14, 1922.) No. 3810. In Error to the District Court of the United States for the Southern District of Mississippi; George W. Jack, Judge. Earl S. Wilson and others were convicted of conspiracy to commit an offense against the United States, and they bring error. Affirmed. James A. Teat, of Jackson, Miss. (Chalmers Potter, of Jackson, Miss., on the brief), for plaintiffs in error. Julian P. Alexander, Sp. Asst. U. S. Atty., of Jackson, Miss. (E. E. Hindman, U. S. Atty., of Jackson, Miss., on the brief), for the United States. Before WALKER, BRYAN, and KING, Circuit Judges.

PER CURIAM. The judgment is affirmed.